Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000766
17-FEB-2017
08:05 AM

NO. CAAP-16-0000766

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GABI K. COLLINS, Plaintiff-Appellant, v.
THE ASSOCIATION OF APARTMENT OWNERS OF KEMOO BY THE LAKE;
EKIMOTO & MORRIS, LLLC, Defendants-Appellees,
and JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100;
and DOE CORPORATIONS 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2513-09)

ORDER DENYING FEBRUARY 13, 2017 HRAP RULE 40
MOTION FOR RECONSIDERATION OF FEBRUARY 1, 2017
ORDER GRANTING THE DECEMBER 2, 2016 MOTION TO
DISMISS APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of (1) the February 1, 2017 order granting

Defendant-Appellee Ekimoto and Morris, LLLC's (Appellee Ekimoto

and Morris), December 2, 2016 motion to dismiss appellate court

case number CAAP-16-0000766 for lack of appellate jurisdiction,

(2) Plaintiff-Appellant Gabi Kim Collins's (Appellant Collins)

February 13, 2017 motion for reconsideration of the February 1, 2017 order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the February 1, 2017 order granting Appellee Ekimoto and Morris's December 2, 2016 motion to dismiss appellate court case number CAAP-16-0000766 for lack of appellate jurisdiction.

Therefore, IT IS HEREBY ORDERED that Appellant Collins's February 13, 2017 HRAP Rule 40 motion for reconsideration of the February 1, 2017 order, which granted Appellee Ekimoto and Morris's December 2, 2016 motion to dismiss appellate court case number CAAP-16-0000766 for lack of appellate jurisdiction, is denied.

DATED: Honolulu, Hawai'i, February 17, 2017.

Presiding Judge

Associate Judge

Associate Judge